ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 DEC 12  AM 9: 17

CLERK _____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

DEXTER SHAW,

        Plaintiff,

   vs.

JAMES E. DONALD; ALLAN ADAMS;
RAYMOND HEAD; JOHNNY SIKES;
J. JOINER; HUGH SMITH; Lt. SANDRA
MOORE; LEWIS SMITH; GWEN
STRICKLAND; S. PAGNOTTI; SANCHE
JACKSON; REBECCA GEIGER;
DEBRA KIGHT; ERIC HEMPHILL;
W. NESBITT; PATSY NEIMS;
MICHAEL EVANS; DEXTER TAYLOR;
Officer JUDY WILSON, and
BUDDY McCALL,

        Defendants.

CIVIL ACTION NO.: CV605-045

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed.  In his Objections, Plaintiff contends that the Magistrate Judge allowed several months to elapse between the entry of the Order permitting Plaintiff to proceed in forma pauperis and the entry of his Report recommending the dismissal of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(g).  Plaintiff contends that if he would have known the Magistrate Judge was going to vacate the Order permitting him to proceed in forma pauperis, he could have attempted to pay the $250.00 filing fee in a timely manner and not have the statute of

AO 72A
(Rev. 8/82)

limitation on his claims expire. Plaintiff asserts that the dismissal of his cause of action would prejudice him and deny him access to the courts due to the expiration of the applicable statute of limitation period.

Plaintiff's Objections are without merit. The dismissal of the instant action is due to Plaintiff being a three striker within the meaning of section 1915(g). This dismissal does not prevent Plaintiff from proceeding with his claims; however, Plaintiff must pay the full filing fee *before* the Court will consider the merits of his Complaint.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(g). If Plaintiff wishes to proceed with this action, he may do so by paying the full $250.00 filing fee and resubmitting his Complaint. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this __12__ day of __December__, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2